Isaiah GREEN, Jr., Plaintiff–Appellant,

v.

Wake County Sheriff Donnie HARRI-SON; John Albert Maxfield, Legal Counsel, Defendants–Appellees.

No. 13–2332.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 27, 2014.

Isaiah Green, Jr., Appellant Pro Se. Roger A. Askew, Wake County Attorney's Office, Raleigh, North Carolina, for Appellees.

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaiah Green, Jr., appeals the district court's order denying relief on his request to reopen his case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Harrison,* No. 5:12–cv–00480–BO (E.D.N.C. Oct. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*